# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| **MARY ANN PARKER,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 1:17-cv-1930 |
| **SUPERMART, L.L.C.,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION FOR DISMISSAL

The parties state that this matter has been settled and jointly stipulate to the dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own costs, taxed as paid.

Dated: April 9th, 2018.

/s/Mark D. Owsley  
Mark D. Owsley  
*Attorney for Defendant*  
P.O. Box 6105  
Talladega, AL 35161  
Telephone: (256) 362-1874  
Email: mark@alabamalawyers.com  

/s/ John Allen Fulmer II  
John Allen Fulmer II (ASB-1089-O42F)  
*Attorney for Plaintiff*  
**FULMER LAW FIRM, P.C.**  
P.O. Box 130373  
Birmingham, AL 35213  
Telephone: (205) 402-2100  
Email: jaf@jafulmerlaw.com  

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 9th day of April, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List set forth below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF, electronic mail, or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ John Allen Fulmer II_____
John Allen Fulmer II

## SERVICE LIST

| | |
|---|---|
| FULMER LAW FIRM, P.C.<br>John Allen Fulmer II (ASB-1089-O42F)<br>P.O. Box 130373<br>Birmingham, AL   35213 | jaf@jafulmerlaw.com<br>Telephone:  (205) 402-2100<br><br>*Attorney for Plaintiff,*<br>*Mary Ann Parker* |
| Mark D. Owsley, Esq.<br>Attorney at Law<br>P.O. Box 6105<br>Talladega, AL   35161 | mark@alabamalawyers.com<br>Facsimile: (256) 362-1874<br>Telephone: (256) 362-1821<br><br>*Attorney for Defendant,*<br>*Supermart, L.L.C.* |