FILED
 2018 Apr-16 PM 04:41
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| MARY ANN PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 7:17-cv-1930-JEO |
| SUPERMART, LLC, | ) ) ) |
| Defendant. | ) |

## ORDER

A joint stipulation of dismissal with prejudice has been filed, signed by counsel for all parties who have appeared. (Doc. 13). Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees, costs, attorney's fees, and expenses. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is **DIRECTED** to close the file.

**DONE**, this 16th day of April, 2018

_____
**JOHN E. OTT**
Chief United States Magistrate Judge